NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN A. MCNEILL,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3096

---

Petition for review of the Merit Systems Protection Board in No. SF0752120177-I-1.

---

## JUDGMENT

---

SHANE K. MCNEILL, Tellus Law Firm, of Thompsons Station, Tennessee, argued for petitioner.

KATY M. BARTELMA, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, and REGINALD T. BLADES, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST,[*] *Chief Judge*, TARANTO and CHEN, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 9, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |

---

[*]    Sharon Prost assumed the position of Chief Judge on May 31, 2014.